RECEIVED
JAN 03 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jhonathan J. Robinson   Plaintiff(s),

vs.

VSI Construction Inc,
Henningson Showell

Case No. 19CV01628

Defendant(s).

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that the following parties (provide the names of all parties who are filing an appeal):

in the above-named case appeal to the United States Court of Appeals for the Eighth Circuit. The above-named parties appeal from the  Judgement  (indicate whether the appeal is from a *judgment* or an *order* of the District Court) of the U.S. District Court for the District of Minnesota that was entered on  12/13/19  (date judgment or order was entered) that:

SCANNED
JAN 03 2020 CK
U.S. DISTRICT COURT ST. PAUL

(If the appeal is from an *order*, provide brief explanation, below, of the District Court's decision in the order. If you are appealing only a portion of the judgment or order, indicate below which part of the judgment or order you are appealing). Plaintiff is appealing courts decision to dismiss plaintiff's lawsuit, and proceed this case to discovery phase and Jury Trial.

Signed this _____ day of 01/3/20 ____

Signature of Party _[signature]_

Mailing Address
P.O. Box 431402
Brooklyn Park, MN
55443

Telephone Number
612-358-9725

Note: All parties filing the appeal must date and sign the Notice of Appeal and provide his/her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his/her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.