# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-1383

_____

Jhonathan Jontae Robinson

Plaintiff - Appellant

v.

VSI Construction, Inc.; Marshall Tutt; Jay Tutt

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-01628-DSD)

_____

**JUDGMENT**

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 18, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans